■     In the Matter of TERENCE J. SMYTH, Respondent, v. HERBERT M. CHASE, as a Town Justice of the Town of Cortlandt, Appellant.—

Munder, Acting P. J., Martuscello, Shapiro, Gulotta and Benjamin, JJ., concur.